IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Matthew J. Maysilles, | ) | C/A No. 0:21-86-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Kilolo Kijakazi, Acting Commissioner of the Social Security Administration,[1] | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AND NOW, this 15th day of October, 2021, upon consideration of Defendant's Motion to Remand and with consent from Plaintiff, it is hereby **ORDERED** that Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 15, 2021
Columbia, South Carolina

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted as the named defendant because she recently became the Acting Commissioner of Social Security.